UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PAUL JASON REECE,              )
                               )
            Plaintiff,         )
                               )
      vs.                      )     No. 4:06-CV-707 CEJ
                               )
JACK CADE, et al.,             )
                               )
            Defendants.        )

**ORDER**

Plaintiff filed a complaint and a motion to proceed *in forma pauperis* on May 1, 2006. Although his motion was granted, the plaintiff was ordered to file an amended complaint, setting out specific factual allegations supporting his claim against individual defendants. Plaintiff did not file an amended complaint by the deadline imposed by the Court. More than a month after the deadline, on July 14, 2006, the Court dismissed the complaint without prejudice.

Thereafter, plaintiff submitted a form complaint containing the same allegations as in his original complaint. Because plaintiff's case had by then been dismissed, his submission was returned to him.

In a letter dated September 8, 2006, plaintiff states that he submitted a proposed amended complaint before the deadline. This is not shown in the Court's records, and had a proposed amended complaint been received, the Court would have considered it. Because the action was dismissed without prejudice, plaintiff may re-file it. If plaintiff wishes to obtain relief from this Court,

he must initiate a new action by filing a complaint and, if appropriate, a motion for leave to proceed *in forma pauperis*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall file the plaintiff's letter dated September 8, 2006 and shall mail a copy of this order to him at the return address shown on the letter.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 15th day of November, 2006.